IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LATEEF WATTS,** | **CIVIL ACTION** |
| Petitioner, | |
| v. | |
| | **NO. 16-188** |
| **VINCENT MOONEY, et al.,** | |
| Respondents. | |

## ORDER

**AND NOW**, this 26th day of May 2016, upon consideration of Petitioner's Petition for Writ of Habeas Corpus (ECF Doc. No. 1), Respondents' Opposition (ECF Doc. No. 9), Petitioner's Reply (ECF Doc. No. 15), Respondents' Sur-Reply (ECF Doc. No. 16), and the state court record, and for reasons in the accompanying memorandum, it is **ORDERED**:

1. Mr. Watts' Petition for Writ of Habeas Corpus (ECF Doc. No. 1) is **DISMISSED**;

2. Mr. Watts has neither shown denial of a federal constitutional right, nor has he established reasonable jurists would disagree with this Court's procedural disposition of his claims and we find no probable cause to issue a certificate of appealability; and,

3. The Clerk of Court shall mark this case **closed** for statistical purposes.

KEARNEY, J.